UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR LAMAR WATERFORD,

           Petitioner,                Civil No. 11-10664

v.                                 HONORABLE AVERN COHN

GREG MCQUIGGIN,

           Respondent.
_____/

## <u>JUDGMENT</u>

      For the reasons stated in the Order entered and filed on this date, petitioner's Application for Writ of Habeas Corpus is DENIED and judgment is entered in favor of the respondent.


                                     DAVID WEAVER

Dated: January 6, 2012          By: <u>s/Julie Owens</u>_____
                               Deputy Clerk